IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CASE NUMBER: A:08-CV-589

PLAINTIFF'S NAME(S): Ely Bell

PLAINTIFF'S ADDRESS: Ely Bell, 360 Dumont Ave., Brooklyn, N.Y 11212

VS.

DEFENDANT'S NAMES:
C/O Blume
C/O Betress
Sgt MASCI   Nurse Kim Fisher
Lt. McGraw   Warden Donate

JUDGES NAME:

TO BE FILED AS A FEDERAL INMATE COMPLAINT

1. Previous Lawsuits — None

2. Have you filed grievances? [X] YES [X] NO
   If no, explain why not —

FILED WILLIAMSPORT APR 0 1 2008 PER __ DEPUTY CLERK

3. Defendants: Correctional Officer Blume
   Employed At: LCP, 1371 N. Washington Ave, Scranton PA 18509
   Correctional Officer Betress
   Employed At: LCP, 1371 N. Washington Ave, Scranton PA 18509
   Correctional Officer Sgt. MASCI / Nurse Kim Fisher
   Employed At: LCP, 1371 N. Washington Ave, Scranton PA 18509
   Warden Janine M. Donate
   Employed At: LCP, 1371 N. Washington Ave, Scranton PA 18509

4. Statement of Claim: Officer Blume throw me off the table while handcuffed behind my back, punch me in the face, cutting my lip. C/O Betress held me in place while Sgt MASCI kick me on the head and Lt. McGraw kick me in my chest.

4. Statement of Claim:

Warden Donate got my grievances, did not correct it. Nurse Kim Fisher did not want to treat me for the wound on my body injury caused by c/o blume c/o bedress sgt Mask Lt. Mcgraw and Tampering with my mail.

5. Remedy Sought:

Plaintiff further seeks preliminary relief And permanent instructions ordering the defendants to stop violating plaintiffs constitutional Rights compensatory damages in the amount of (100,000) one hundred thousand EACH, punitive damages in the amount of (200,000) two hundred thousand dollars by (EACH) defendants AND ANY RELIEF THIS Court Deems Just, proper, AND Equitable.
"Plaintiff Request a Trial Jury."

---

I hereby certify the aforesaid to be true and correct to the best of my knowledge.

__Ely Bell__       __march 25, 2,008__
Plaintiff's Signature       Date

The above executed was certified in accordance with section 28 § 1746 to be true and accurate.

__Ely R. Bell__       __march 25, 2,008__
Plaintiff's Signature       Date


*Motions & Notions (c) 2006*

LEHIGH VALLEY PA 190

20 MAR 2008 PM 4

USA 41

Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701-6460

Lackawanna County Prison
1371 N. Washington Avenue
Scranton, PA  18509

17701+6460