# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELY BELL, | : | |
| Plaintiff | : | |
| vs. | : | CIVIL NO. 4:CV-08-0589 |
| CORRECTION OFFICE BLUME, et al., | : | (Judge Jones) |
| Defendants | : | |

## DEFENDANTS' ANSWER TO COMPLAINT WITH AFFIRMATIVE DEFENSES

The Defendants, by and through their counsel, hereby answers the Plaintiff's Complaint as follows:

All allegations contained in Plaintiff's Complaint are denied as stated. Strict proof thereof is demanded at the time of trial.

WHEREFORE, the Defendants respectfully request that Plaintiff's Complaint be dismissed and judgment be entered in their favor, together with the costs of this action.

## **AFFIRMATIVE DEFENSES**

### **First Affirmative Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be granted against the Defendants.

### **Second Affirmative Defense**

Plaintiff's claims are barred or limited by the expiration of the applicable statute of limitations.

### **Third Affirmative Defense**

Plaintiff's claims are barred due to his failure to fully exhaust administrative remedies.

### **Fourth Affirmative Defense**

This Court lacks subject matter jurisdiction over the alleged claims set forth in Plaintiff's Complaint.

### **Fifth Affirmative Defense**

Plaintiff's claims are barred by the Doctrine of Absolute Immunity.

### **Sixth affirmative Defense**

Plaintiff's claims are barred by the Doctrine of Qualified Immunity.

### Seventh Affirmative Defense

Plaintiff's Complaint should be dismissed as to some or all Defendants due to the insufficiency of process and the service of process.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be dismissed and judgment be entered in their favor, together with the costs of this action.

Respectfully submitted,

S/Thomas B. Helbig, Esquire
305 Linden Steet
Scranton, PA 18503
(570) 558-1430
ID# 35348
Tbhelbig3@aol.com
Attorney for Defendants