# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELY BELL, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | CIVIL NO. 4:CV-08-0589 |
| | : | |
| CORRECTION OFFICER BLUME, et al., | : | (Judge Jones) |
| | : | |
| Defendants | | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, by and through their counsel, hereby move this Honorable Court for entry of an Order granting Summary Judgment in their favor and dismissing the Plaintiff's Complaint with prejudice for the following reasons:

1. Plaintiff's Complaint should be dismissed for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997 (e)(a);

2. Plaintiff's Complaint should be dismissed because it fails to state a cause of action for relief under 42 U.S.C. § 1983 against the Defendants.

Respectfully submitted,

S/Thomas B. Helbig, Esquire
305 Linden Steet
Scranton, PA 18503
(570) 558-1430
ID# 35348
Tbhelbig3@aol.com
Attorney for Defendants