**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ELY BELL, :
  :
       Plaintiff :
  :
vs. : CIVIL NO. 4:CV-08-0589
  :
CORRECTION OFFICER BLUME, et al., : (Judge Jones)
  :
       Defendants

**STATEMENT OF MATERIAL FACTS IN SUPPORT**
**OF SUMMARY JUDGMENT MOTION**

       The Defendants, by and through their counsel, hereby submit the following Statement of Material Facts in Support of their Motion for Summary Judgment:

       1.      This is a pro se action brought by the Plaintiff, Ely Bell, an inmate at the Lackawanna County Correctional Facility.

       2.      The Plaintiff's Complaint appears to allege excessive force upon him by Defendants Blume, Betress, Maci and McGraw, and also that he did not receive proper medical treatment.

       3.      The date of any alleged incident is not set forth in the Plaintiff's Complaint, nor are there any other details surrounding the alleged incident.

       4.      Plaintiff has not fully exhausted available administrative remedies at the Lackawanna County Correctional Facility.

Respectfully submitted,

S/Thomas B. Helbig, Esquire
305 Linden Steet
Scranton, PA 18503
(570) 558-1430
ID# 35348
Tbhelbig3@aol.com
Attorney for Defendants